# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| RAEKWON B. BRYANT, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00180-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| PAM RICH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 14, 2023 Order.

June 14, 2023

_____
Katherine Hord Simon, Acting Clerk
United States District Court